UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WAYNE CLARK,

        Plaintiffs,

   v.

HIDDEN VALLEY LAKE ASSOCIATION,

        Defendants.

Case No. 16-cv-02009-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 24, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 1, 2017.

DESIGNATION OF EXPERTS: 11/1/17; REBUTTAL: 11/17/17;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: December 1, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; August 4, 2017;
    Opp. Due: August 18, 2017; Reply Due: August 25, 2017;
    and set for hearing no later than September 8, 2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 9, 2018 at 3:30 PM.
*Pretrial Statement/Documents due: 12/19/17.  Oppositions to motions due: 12/22/17.

JURY TRIAL DATE: January 16, 2018 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff may file a motion for leave to amend the complaint, if a stipulation is not possible. The case shall be referred to the Court's ENE program.  The ENE session shall occur in March or April 2017.

1
2   The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects
3   of the case, including settlement.  Parties **SHALL** conform to the attached instructions.
    Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this
4   action.

5           **IT IS SO ORDERED**.

6
    Dated:   12/12/16
7
                                                    _____
8                                                   SUSAN ILLSTON
                                                    United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28