| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

WAYNE CLARK,

        Plaintiffs,

    v.

HIDDEN VALLEY LAKE ASSOCIATION,

        Defendants.

Case No. 16-cv-02009-SI  (SI)

**AMENDED PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 6/23/2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 1, 2017.

DESIGNATION OF EXPERTS:11/1/17; REBUTTAL:11/17/17;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: December 1, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; September 15, 2017;
    Opp. Due: September 29, 2017; Reply Due: October 6, 2017;
    and set for hearing no later than October 20, 2017, at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 9, 2018 at 3:30 PM.

JURY TRIAL DATE: January 16, 2018 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 8 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 4/10/2017

_____
SUSAN ILLSTON
United States District Judge