UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL MINUTES

Date:  February 8, 2018

**The Honorable SUSAN ILLSTON**

**Clerk:**  Tracy Kasamoto     **Court Reporter:**  Lydia Zinn

Time in Court:   20 minutes

**Case No.:** 16-cv-02009-SI   **Case Name:** Wayne Clark vs. Hidden Valley Lake Association

**Counsel for Plaintiff:** Victor Theusen, Kerstin Molinder

**Counsel for Defendant:** Heather Barnes

Trial Began:

Juror Deliberations:     Trial Ended:  2/8/18

**Trial Motions Heard**:

1.
2.
3.

**Trial Witnesses/Other:**

**Verdict:**
**In favor of plaintiff and against defendant.**


**Sentencing Date:**

**Disposition of Exhibits**: Admitted trial exhibits are filed with the Clerk's Office.