UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WAYNE CLARK,

    Plaintiff.

v.

HIDDEN VALLEY LAKE ASSOCIATION,

    Defendant.

Case No. 16-cv-02009-SI

**JUDGMENT IN A CIVIL CASE**

This action came on for trial before the jury, the Honorable Susan Illston, United States District Judge presiding. The issues having been tried before the Court and special verdict rendered on February 8, 2018.

IT IS ORDERED AND ADJUDGED that pursuant to the findings, judgment shall be entered in favor of Wayne Clark and against Hidden Valley Lake Association in the amount of $2,000,000.00.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 2/9/18

_____

Honorable Susan Illston
U.S. District Judge