UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE CLARK,<br>    Plaintiff,<br>v.<br>HIDDEN VALLEY LAKE ASSOCIATION,<br>    Defendant. | Case No. 16-cv-02009-SI<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On May 10, 2018, defendant Hidden Valley Lake Association filed a motion to stay enforcement of the judgment without posting supersedeas bond. Dkt. No. 227. The motion is set to be heard on June 15, 2018. Later that same day, plaintiff Wayne Clark filed a proposed writ of execution on California state court form EJ-130. Dkt. No. 229. On May 11, 2018, defendant filed an opposition to the proposed writ. Dkt. No. 231.

The Court will not act on plaintiff's proposed writ of execution while defendant's motion is pending. However, the Court will expedite the briefing schedule in this case so that the parties may have a decision more quickly. Accordingly, the Court sets the following briefing schedule: **plaintiff's opposition to defendant's motion to stay is due May 21, 2018. Any reply brief from defendant shall be filed no later than May 25, 2018. The matter shall be re-set for a hearing at 10:00 a.m. on June 1, 2018.**

**IT IS SO ORDERED**.

Dated: May 14, 2018

_____
SUSAN ILLSTON
United States District Judge